**No. 61638.**—F. W. Myers and Company, Inc. *v.* United States, protest 301438–K (Detroit).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 61639.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 301958–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 6, 1958

**No. 61640.**—Frank M. Modica, Inc., et al. *v.* United States, protests 160017–K, etc. (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

**No. 61641.**—Bunge Corporation *v.* United States, protests 303945–K (A), etc. (New York).

Opinion by DONLON, J.   Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61642.**—Bunge Corporation *v.* United States, protests 305959–K (A), etc. (New York).

Opinion by DONLON, J.   Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

BEFORE THE SECOND DIVISION

MARCH 4, 1958

**No. 61643.**—Nife, Inc. *v.* United States, protest 282861–K (New York).—

Abstract 61550.   Order granted vacating decision and judgment promul-